Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SWETA PATEL, an individual,

Plaintiff,

v.

SYNCHRONY BANK, a foreign corporation,
EQUIFAX INFORMATION SERVICES, LLC, a
foreign limited-liability company, EXPERIAN
INFORMATION SOLUTIONS, INC., a foreign
corporation,

Defendants.

Case No.: 2:25-cv-00026-DJA

**STIPULATION AND PROPOSED
ORDER OF DISMISSAL OF
SYNCHRONY BANK WITH
PREJUDICE**

Plaintiff, Sweta Patel ("Plaintiff") and Defendant, Synchrony Bank ("Synchrony") (collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

///

*Law Office of Kevin L. Hernandez*
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450  FAX: (702) 552-0408

under Fed.R.Civ.P. 41(a)(1)(A)(ii), with Plaintiff and Synchrony bearing their own attorneys' fees

and costs incurred in this action.

Respectfully Submitted.

Dated: May 6, 2025

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

Dated: May 6, 2025

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Brittni A. Tanenbaum*
J. Christopher Jorgensen, Esq.
Nevada Bar No. 5382
Brittni A. Tanenbaum, Esq.
Nevada Bar No. 16013
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Chris.Jorgensen@wbd-us.com
Brittni.Tanenbaum@wbd-us.com
***Attorneys for Synchrony Bank***

## ORDER

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against Synchrony are hereby

dismissed with prejudice. Each party will bear its own costs, attorney's fees, and expenses.

IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to CLOSE THIS

CASE.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___5/07/2025_____

Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450 FAX: (702) 552-0408